UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding    No. 4:23-mj-259

23-379-04                                **REDACTED RETURN**

Date and time warrant executed: OCT. 26, 2023

Copy of warrant and inventory left with: AUSA PAIGE PETERSEN

Inventory made in the presence of: AUSA PAIGE PETERSEN

Inventory of the property taken and name of any person(s) seized (attach additional sheets, if necessary):

ALL CONTENT FROM CELL PHONE BELONGING TO TARA SMITH

**CERTIFICATION**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Special Agent Brandon Purcell
Drug Enforcement Administration